FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY LEE THOMPSON JR. (1), ) <br> CHRISTOPHER PAUL MARTIN JR. (2),) <br> ) <br> Defendants. ) <br> _____ ) | Criminal Case No. 08CR0750-JLS <br><br> **I N F O R M A T I O N** <br><br> Title 8, U.S.C., <br> Secs. 1324(a)(1)(A)(ii) and <br> (v)(II) - Transportation of <br> Illegal Aliens and Aiding and <br> Abetting |

The United States Attorney charges:

On or about March 1, 2008, within the Southern District of California, defendants RANDY LEE THOMPSON JR. And CHRISTOPHER PAUL MARTIN JR., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Plascencia-Heredia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 13, 2008

KAREN P. HEWITT
United States Attorney

_(signature)_

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
3/4/08