AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

RANDY LEE THOMPSON JR.

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0750-JLS

I, RANDY LEE THOMPSON JR., the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __3-13-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Randy Thompson_
Defendant

_Don Gill_
Defense Counsel

Before _____
Judicial Officer