**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs ___RANDY LEE THOMPSON_____   No. __2008 CR 750-JLS__

The Court finds excludable delay, under the section indicated by check (✓), commenced on ___6/13/08___ and ended on ___8/8/08___.

3161(h)

___(1)(A)   Exam or hrg for **mental or physical incapacity**   | A

___(1)(B)   **NARA exam**ination (28:2902)   | B

___(1)(D)   State or Federal trials or **other charges pending**   | C

___(1)(E)   **Interlocutory appeals**   | D

___(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)   | E

___(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)   | F

___(1)(J)   **Proceedings under advisement** not to exceed thirty days   | G

←   Misc proc:  Parole or prob rev, deportation, **extradition**   | H

(1)(H)   **Transportation** from another district or to/from examination or hospitalization in ten days or less   | 6

X (1)(I)   Consideration by Court of **proposed plea agreement**   | 7

___(2)   **Prosecution deferred** by mutual agreement   | I

___(3)(A)(B)   **Unavailability of defendant** or **essential witness**   | M

___(4)   Period of **mental or physical incompetence** of defendant to stand trial   | N

___(5)   Period of **NARA commitment or treatment**   | O

___(6)   **Superseding indictment and/or new charges**   | P

___(7)   **Defendant awaiting trial of co-defendant** when no severance has been granted   | R

___(8)(A)(B)   **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   | T

___(8)(B)(i)(1)   Failure to **continue** would stop further proceedings or result in **miscarriage of justice**   | T1

___(8)(B)(ii)   2) **Case** unusual or **complex**   | T2

___(8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   | T3

___(8)(B)(iv)   4) **Continuance** granted in order to obtain or **substitute counsel,** or give reasonable time to prepare   | T4

___3161(I)   Time up to **withdrawal of guilty plea**   | U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days   | W

Date _6/13/08_

_____
Judge's Initials