DECLARATION OF WILLIAM A. HALL, JR.

I, William A. Hall, Jr., do hereby state as follows under penalty of perjury:

1. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am employed as an Assistant U.S. Attorney with the U.S. Attorney's Office for the Southern District of California.

3. I am the Assistant U.S. Attorney assigned to this case. According to this Court's rules, the parties' sentencing documents in the case of <u>United States v. Thompson</u>, 08CR0750-JLS, were due on Sunday, August 3, 2008.

4. As the undersigned was outside of the Southern District of California between Monday, July 28, 2008 and Monday, August 4, 2008, the United States' Sentencing Summary Chart was regretfully untimely filed today, August 5, 2008.

EXECUTED on August 5, 2008 in San Diego, California.

/s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney

3