UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0750-JLS |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNITED STATES' MOTION TO SHORTEN TIME |
| ) | |
| v. ) | |
| ) | |
| RANDY LEE THOMPSON JR. (1), ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, the government's motion to shorten time to permit it to file and serve its Sentencing Summary Chart is GRANTED. The government filed said Sentencing Summary Chart on Tuesday, August 5, 2008.

IT IS SO ORDERED.

DATED: August 5, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge